```
 0 · *

125·73+                UNCLAIMED FUNDS                    FILED

                                                       2010 JAN 25 PM 1:11

125·73*                                                CLERK ... COURT
                                                       NORTHERN DISTRICT OF OHIO
                                                              CANTON

   2010
```

05-68721   ROBIN L STEALEY
           CREDITOR DID NOT CASH CHECK
           CHECK #409256 FOR $125.73
           CITICORP TRUST BANK
           ATTN:  BANKRUPTCY UNIT
           PO BOX 168728
           IRVING, TX  75016

```
                    UNITED STATES
                    BANKRUPTCY COURT
                    Northern District of Ohio
                    Canton Division

        R1  -  00060489  - SESHE

           January 25, 2010 13:12:57

     Code     Case #      Qty         Amount
     UF - UNCLAIMED FUNDS
              05-68721     10        $125.73CK
     Debtor - STEALEY

     TOTAL  -
     TEND   -             $125.73
     CHANGE -              125.73
                            0.00

     FROM: TOBY L ROSEN
           121 CLEVELAND AVE SW
           CANTON OH 44702
           330-455-2222
```